**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2101**

_____

SHAOMIN SUI,

        Plaintiff - Appellant,

    v.

FEDEX GROUND PACKAGE SYSTEM, INCORPORATED,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:19-cv-03318-DLB)

_____

Submitted:  January 23, 2025                    Decided:  January 28, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shaomin Sui, Appellant Pro Se.  Brian James Kluckman, Moon Township, Pennsylvania, William George Whitman, IV, FEDEX GROUND, Coraopolis, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaomin Sui appeals the district court's order denying his motion for reconsideration of its order denying his motion to reopen his case. We have reviewed the record and conclude that the district court did not abuse its discretion in finding that Sui failed to satisfy certain threshold criteria or to state any grounds for relief under Fed. R. Civ. P. 60(b). *See Justus v. Clarke*, 78 F.4th 97, 105-06 (4th Cir. 2023) (discussing standards for granting Rule 60(b) motion), *cert. denied sub nom. Dotson v. Justus*, 144 S. Ct. 1096 (2024); *Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc) (stating standard of review). Accordingly, we affirm the district court's order. *Sui v. FedEx Ground Package Sys., Inc.*, No. 1:19-cv-03318-DLB (D. Md. Oct. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*